# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No.  08-cv-02722-REB

JIN HEE PARK KIM,

     Petitioner/Plaintiff,

v.

ROBERT MATHER, District Director of the Denver District Office, USCIS,
MICHAEL MUKASEY, U.S. Attorney General,
MICHAEL AYTES, Acting Director of USCIS, and
MICHAEL CHERTOFF, as Secretary of Department of Homeland Ssecurity,

     Respondents/Defendants.

---

## MINUTE ORDER[1]

---

     The matter comes before the court on the **Petitioner's Unopposed Motion For Reconsideration of the Court's Minute Order (Doc. #11) and to Allow Petitioner's Response and Opposition to Respondents' Motion to Dismiss for Failure to State a Claim and for it to Exceed this Court's Page Limit** [#12], filed April 7, 2009.  The motion is **GRANTED** in part.  On or before **April 20, 2009**, the petitioner may file an amended response to the respondents' motion to dismiss.  The response shall not exceed 25 pages.  The respondents' reply may be up to 20 pages in length.

     Dated:  April 8, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.